Fields, et al. v. Smith, et al.
06-C-112 (CNC)


Exhibit A

to Declaration of Erik R. Guenther

**HURLEY, BURISH & STANTON, S.C.**
ATTORNEYS AT LAW

33 East Main Street #400
PO Box 1528
Madison, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764

LAMBDA LEGAL
730 PEACHTREE ST NE SUITE 1070
ATLANTA GA 30308



ACCOUNT NUMBER AUGUST 10, 2011
06055.00
SUNDSTROM AND FIELDS V FRANK ET AL

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

## STATEMENT OF ACCOUNT THROUGH AUGUST 9, 2011

**BALANCE FORWARD** $ 0.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/26/06 | Review pleadings | ERG | 0.50 | @275 | 137.50 |
| 01/27/06 | Phone conference with Cole Thaler and John Knight | ERG | 0.20 | @275 | 55.00 |
| 01/31/06 | Review documents from John Knight; review local rules; draft notice and certificate; phone conference with OCI | ERG | 0.70 | @275 | 192.50 |
| 02/01/06 | Review of draft case plan | ERG | 0.30 | @275 | 82.50 |
| 02/02/06 | Review Andrea Fields timeline; travel to and from Oshkosh; conference with client | ERG | 6.10 | @275 | 1,677.50 |
| 02/03/06 | Letter to Larry Dupuis re: documents; Litigation team conference call | ERG | 1.70 | @275 | 467.50 |
| 02/07/06 | Review Lindsey Blackwell timeline; review letter from Kari Sundstrom to John Knight | ERG | 0.30 | @275 | 82.50 |
| 02/09/06 | Review e-mail to Bill Turner; review case plan memo with John Knight | ERG | 0.20 | @275 | 55.00 |
| 02/13/06 | Review answer e-mail to litigation team with observations re: same; e-mails with litigation team | ERG | 1.10 | @275 | 302.50 |
| 02/14/06 | Review e-mails from litigation team | ERG | 0.30 | @275 | 82.50 |
| 02/15/06 | E-mail correspondence re: Rule 26 meeting; review FRCP 26 | ERG | 0.20 | @275 | 55.00 |
| 02/17/06 | E-mail correspondence re: Rule 26 conference; review revised case plan; review case plan memo | ERG | 0.40 | @275 | 110.00 |
| 02/20/06 | Review case law summary; research cited cases | ERG | 0.70 | @275 | 192.50 |
| 02/21/06 | Review class certification research memo | ERG | 0.40 | @275 | 110.00 |
| 02/24/06 | Review e-mails; review facial challenge research memos and discovery memo | ERG | 0.50 | @275 | 137.50 |
| 03/06/06 | Review e-mail correspondence | ERG | 0.10 | @275 | 27.50 |
| 03/07/06 | Review e-mail re: facial challenges from John Knight; review Konitzer Rule 26 plan | ERG | 0.80 | @275 | 220.00 |
| 03/08/06 | Letter to clients re: medical records; e-mail to John Knight re: same; review proposed joint motion | ERG | 0.40 | @275 | 110.00 |
| 03/10/06 | Review plaintiff group e-mails; review draft Rule 26 (f) report | ERG | 0.30 | @275 | 82.50 |

HURLEY, BURISH & STANTON, S.C.     TELEPHONE (608) 257-0945     FEDERAL I.D. # 39-1498956

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW

33 East Main Street #400
PO Box 1528
Madison, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE TWO
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/13/06 | Review e-mails and attached draft pleadings; review Colorado DOC GID treatment policy; e-mail to litigation team re: revisions to plaintiff's interrogatories | ERG | 1.00 | @275 | 275.00 |
| 03/14/06 | Review e-mails from litigation group | ERG | 0.20 | @275 | 55.00 |
| 03/15/06 | Review letter from Ms. Sundstrom; e-mail to litigation team | ERG | 0.10 | @275 | 27.50 |
| 03/16/06 | Review e-mails from litigation group; review initial disclosures | ERG | 0.30 | @275 | 82.50 |
| 03/20/06 | Review e-mail from Cole Thaler with documents for filing | ERG | 0.10 | @275 | 27.50 |
| 03/21/06 | Review file pleadings | ERG | 0.20 | @275 | 55.00 |
| 03/22/06 | Review defendants initial Rule 26 disclosures; review draft supplemental disclosures; e-mail re: same | ERG | 0.20 | @275 | 55.00 |
| 03/24/06 | Review pleading from defendants | ERG | 0.10 | @275 | 27.50 |
| 04/10/06 | Review e-mails; e-mail to litigation group; review agreed protective order and joint motion | ERG | 0.30 | @275 | 82.50 |
| 04/12/06 | Review summary of DOC records for Lindsay Blackwell; litigation team conference call; research re: ▓▓▓▓▓▓▓ | ERG | 1.80 | @275 | 495.00 |
| 04/13/06 | E-mail to Larry Dupuis re: ▓▓▓; review of Sundstrom records draft | ERG | 0.40 | @275 | 110.00 |
| 04/18/06 | Review Notice of Deposition; review R.G.N. Koller opinion; draft e-mails and drafts re: class certification; research re: controlled substance law | ERG | 2.60 | @275 | 715.00 |
| 04/19/06 | E-mails to and from litigation group; review discovery responses | ERG | 0.80 | @275 | 220.00 |
| 04/20/06 | E-mails to and from litigation group re: discovery; letter to Winnebago County Sheriff's office | ERG | 0.40 | @275 | 110.00 |
| 04/21/06 | Review draft class action pleadings; e-mail to and from litigation group | ERG | 0.90 | @275 | 247.50 |

HURLEY, BURISH & STANTON, S.C.    TELEPHONE (608) 257-0945    FEDERAL I.D. # 39-1496956

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK.

PAGE THREE
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/06 | Litigation group conference call | ERG | 0.50 | @275 | 137.50 |
| 04/25/06 | Review e-mail correspondence; office conference with SPH re: firm experience; draft Declaration in support of class action | ERG | 1.10 | @275 | 302.50 |
| 04/26/06 | Phone conference with Cole Thaler; office conference with MJB; review e-mail and attachment from Larry Dupuis | ERG | 0.30 | @275 | 82.50 |
| 04/27/06 | Review e-mails with additional draft pleadings; letter to Dane County Sheriff's Office | ERG | 0.50 | @275 | 137.50 |
| 04/28/06 | Review e-mails from litigation group | ERG | 0.10 | @275 | 27.50 |
| 05/01/06 | Review medical records summary brief; review file for deposition | ERG | 0.30 | @275 | 82.50 |
| 05/02/06 | Phone conference with John Knight; phone conference with Sourcecorp; letter to Dean Clinic; letter to Northeast Family Medical Center | ERG | 0.40 | @275 | 110.00 |
| 05/03/06 | Travel to and from Oshkosh; depositions of Andrea Fields and Kari Sundstrom | ERG | ~~9.10~~ No Charge | @275 | 2,502.50 |
| 05/04/06 | Phone conference with St Joseph's Hospital; letter to Department of Justice re: records; phone message for Atty Daniel Muza; letters re: medical records; phone message for Atty Ann Auberry; phone conference with Atty Muza; release to Dr. Verde | ERG | 0.70 | @275 | 192.50 |
| 05/05/06 | Conference call with litigation group and Dr. Ettiner; review records from Winnebago County Sheriff | ERG | 1.40 | @275 | 385.00 |
| 05/09/06 | Review letter from Donna Konitzer, letter from John Knight and Dean records; letter to John Knight | ERG | 0.30 | @275 | 82.50 |
| 05/10/06 | E-mail to litigation team re: Dr. Schrang; phone conference with Dr. Schrang; research re: Wisconsin law re: patient medical records; review Dane County medical records | ERG | 0.70 | @275 | 192.50 |
| 05/11/06 | Review letter from ▮▮▮▮▮▮; letter to John Knight with | ERG | 0.30 | @275 | 82.50 |

HURLEY, BURISH & STANTON, S.C.   TELEPHONE (608) 257-0945   FEDERAL I.D. # 39-1496956

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE FOUR
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | summary of enclosed Dane County Medical records | | | | |
| 05/15/06 | Review plaintiff's second interrogatories (draft) and case plan; review Dr. Schrang's records; letter to John Knight re: same | ERG | 0.50 | @275 | 137.50 |
| 05/16/06 | Litigation group conference call; review deposition of Lindsey Blackwell | ERG | 1.30 | @275 | 357.50 |
| 05/18/06 | Phone conference with Frank Sullivan re: Rule 26 disclosure; e-mail to and from John Knight re: same | ERG | 0.20 | @275 | 55.00 |
| 05/19/06 | Review letter to new inmates; phone conference with expert witness | ERG | 0.90 | @275 | 247.50 |
| 05/22/06 | Letter to client re: review of depositions | ERG | 0.10 | @275 | 27.50 |
| 05/25/06 | Review legal research memo | ERG | 0.10 | @275 | 27.50 |
| 05/30/06 | Review research memo re: "blanket policies"; letter to John Knight; review defense response to motion for class certification | ERG | 0.50 | @275 | 137.50 |
| 05/31/06 | Review additional defense pleadings; conference call to discuss class action response | ERG | 0.80 | @275 | 220.00 |
| 06/02/06 | Review draft letter re: HIPAA; e-mail to litigation with comments re: same | ERG | 0.20 | @275 | 55.00 |
| 06/05/06 | Review e-mails from litigation group; review research memo; review correspondence and pleadings | ERG | 0.50 | @275 | 137.50 |
| 06/07/06 | Conference call re: depositions | ERG | 0.60 | @275 | 165.00 |
| 06/14/06 | Review letter from Francis Sullivan | ERG | 0.10 | @275 | 27.50 |
| 06/15/06 | Review memo from Lambda on class certification issues; e-mail to and from Larry Dupuis re: meeting with new potential plaintiff | ERG | 0.40 | @275 | 110.00 |
| 06/16/06 | Phone message from Larry Dupuis; phone conference with Larry Dupuis; phone conference with John Knight and Larry Dupuis re: potential new client and depositions; review draft | ERG | 1.60 | @275 | 440.00 |

# HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW

33 East Main Street #400
PO Box 1528
Madison, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE FIVE
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | | | | |
|---|---|---|---|---|---|
| | declaration for Matthew Davison and retainer for Matthew Davison | | | | |
| 06/19/06 | Travel to and from Dodge Correctional Institute; office conference with client | ERG | 4.70 | @275 | 1,292.50 |
| 06/20/06 | Letter to counsel summarizing meeting re: Jessica Davison and letter regarding ▮▮▮ instructions re: medical records to assistant | ERG | 0.40 | @275 | 110.00 |
| 06/22/06 | Review materials from possible expert witnesses | ERG | 0.20 | @275 | 55.00 |
| 06/26/06 | Review e-mails and draft pleadings; conference call with plaintiff expert Dr. Ettner | ERG | 2.10 | @275 | 577.50 |
| 06/28/06 | Conference call regarding additional potential clients, potential rebuttal expert and class certification; letter to Atty Sullivan re: records | ERG | 1.30 | @275 | 357.50 |
| 06/29/06 | Review proposed order and e-mails | ERG | 0.20 | @275 | 55.00 |
| 07/05/06 | Review Dr. Ettner's expert report; review letters from John Knight to AG's office; review ▮▮▮ notes | ERG | 0.40 | @275 | 110.00 |
| 07/06/06 | Review declarations and e-mail correspondence from co-counsel | ERG | 0.30 | @275 | 82.50 |
| 07/10/06 | Review brief in support of motion to compel; phone conference with plaintiff's counsel re: same | ERG | 0.70 | @275 | 192.50 |
| 07/12/06 | Review new pleadings | ERG | 0.40 | @275 | 110.00 |
| 07/13/06 | Review correspondence and Declaration | ERG | 0.30 | @275 | 82.50 |
| 07/18/06 | Review phone message from Larry Dupuis; review e-mail correspondence; phone conference with Larry Dupuis | ERG | 0.30 | @275 | 82.50 |
| 07/19/06 | Review Sundstrom medical records; review letter from Aurora Health Center re: Davison; letter to litigation team re: same | ERG | 0.40 | @275 | 110.00 |
| 07/20/06 | Additional review of medical records | ERG | 0.20 | @275 | 55.00 |
| 07/24/06 | Review revised ▮▮▮ and ▮▮▮ declarations | ERG | 0.10 | @275 | 27.50 |

HURLEY, BURISH & STANTON, S.C.     TELEPHONE (608) 257-0945     FEDERAL I.D. # 39-1496956

## HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW

33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



**ACCOUNT NUMBER**

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE SIX
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/25/06 | Review draft motion to strike jury trial; review related e-mails | ERG | 0.40 | @275 | 110.00 |
| 07/27/06 | Review litigation team e-mails | ERG | 0.20 | @275 | 55.00 |
| 07/28/06 | Review letter from John Knight to DOJ; review research memo | ERG | 0.30 | @275 | 82.50 |
| 08/01/06 | Phone message for Gretchen Finke (Pathways Counseling); review draft and brief in support of motion to compel; review letter from Ms. Sundstrom; letter to client and co-cousel re: same | ERG | 0.50 | @275 | 137.50 |
| 08/02/06 | Review e-mail correspondence and draft pleadings; e-mail to co-counsel re: same | ERG | 0.40 | @275 | 110.00 |
| 08/03/06 | Review Phillip Ruppert's report re: Ms. Fields; letter to Ann Auberry; letter to co-counsel enclosing same; letter to Andrea Fields | ERG | 0.10 | @275 | 27.50 |
| 08/04/06 | Phone conference with Gretchen Fink re: Jessica Davison | ERG | 0.30 | @275 | 82.50 |
| 08/15/06 | Review Lindsay Blackwell medical records from Parkland Health | ERG | 0.20 | @275 | 55.00 |
| 08/17/06 | Review letter from ■■■■■■ | ERG | 0.20 | @275 | 55.00 |
| 08/21/06 | Review case deadlines; e-mails to and from litigation team re: ■■■■■■ | ERG | 0.20 | @275 | 55.00 |
| 08/29/06 | Review of Pathways Counseling records for Ms. Davison; letter to Co-counsel with same | ERG | 0.40 | @275 | 110.00 |
| 08/30/06 | Review letter from ■■■■■■ review correspondence from litigation group | ERG | 0.20 | @275 | 55.00 |
| 09/01/06 | Review Brown expert retainer | ERG | 0.20 | @275 | 55.00 |
| 09/07/06 | Review memo re: advisory jury | ERG | 0.40 | @275 | 110.00 |
| 09/11/06 | Review Jessica Davidson medical records; letter to co-counsel re: same | ERG | 0.30 | @275 | 82.50 |
| 09/13/06 | Review draft reply motion re: advisory jury | ERG | 0.30 | @275 | 82.50 |

HURLEY, BURISH & STANTON, S.C.     TELEPHONE (608) 257-0945     FEDERAL I.D. # 39-1496956

**HURLEY, BURISH & STANTON, S.C.**
ATTORNEYS AT LAW
33 East Main Street #400
PO Box 1528
Madison, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



**ACCOUNT NUMBER**

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE SEVEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/14/06 | Review revised jury motion | | ERG | 0.30 | @275 | 82.50 |
| 09/28/06 | Review letter from ▮▮▮ | | ERG | 0.10 | @275 | 27.50 |
| 10/03/06 | Review Dr. Brown's retainer agreement; letter to Cole Thaler enclosing same | | ERG | 0.20 | @275 | 55.00 |
| 10/24/06 | Review materials from Ms. ▮▮▮ | | ERG | 0.10 | @275 | 27.50 |
| 10/30/06 | Review medical records | | ERG | 0.30 | @275 | 82.50 |
| 11/06/06 | Review correspondence from Erik Huelsbeck | | ERG | 0.20 | @275 | 55.00 |
| 11/14/06 | Review notes re: and declaration of ▮▮▮ conference call among plaintiff counsel | | ERG | 1.10 | @275 | 302.50 |
| 11/16/06 | Review e-mail from Cole Thaler re: Davison | | ERG | 0.10 | @275 | 27.50 |
| 11/28/06 | Conference call re: hearing; review letter from Davison | | ERG | 0.70 | @275 | 192.50 |
| 12/04/06 | Review Cole Thales's memo | | ERG | 0.20 | @275 | 55.00 |
| 12/05/06 | Review information regarding preliminary class certification | | ERG | 0.30 | @275 | 82.50 |
| 12/06/06 | Travel to and from Milwaukee; motion hearing | | ERG | 5.70 | @275 | 1,567.50 |
| 12/11/06 | Review e-mail correspondence and letter from Vankemah Moaton | | ERG | 0.20 | @275 | 55.00 |
| 12/12/06 | Conference call re: ▮▮▮ | No Charge | ERG | 0.80 | @275 | 220.00 |
| 12/13/06 | Review ▮▮▮ declaration | | ERG | 0.10 | @275 | 27.50 |
| 12/14/06 | Review e-mail correspondence re: Moaton | | ERG | 0.50 | @275 | 137.50 |
| 12/27/06 | Review pleading seeking to add Ms. Moaton as a plaintiff; review DOC records for ▮▮▮ | | ERG | 1.10 | @275 | 302.50 |
| 12/28/06 | Phone conference with Andrea Fields and counsel | | ERG | 0.70 | @275 | 192.50 |
| 01/10/07 | Review e-mail from Cole Thaler and attached correspondence | | ERG | 0.10 | @275 | 27.50 |
| 01/12/07 | Review e-mail correspondence; review ▮▮▮ declaration | | ERG | 0.10 | @275 | 27.50 |
| 01/15/07 | Conference call re: class brief and Konitzer; review Defendant's third answer | | ERG | 0.80 | @275 | 220.00 |
| 01/22/07 | Review e-mail from Dupuis re: additional plaintiff; e-mail in response | | ERG | 0.10 | @275 | 27.50 |

HURLEY, BURISH & STANTON, S.C.    TELEPHONE (608) 257-0945    FEDERAL I.D. # 39-1496956

**HURLEY, BURISH & STANTON, S.C.**
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764

ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE EIGHT
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/07 | Conference call re:  and other possible plaintiffs | ERG | 0.70 | @275 | 192.50 |
| 01/24/07 | Review class certification memo | ERG | 0.40 | @275 | 110.00 |
| 01/25/07 | Review draft reply brief | ERG | 0.40 | @275 | 110.00 |
| 01/29/07 | Review e-mails and draft pleadings | ERG | 0.70 | @275 | 192.50 |
| 01/30/07 | Review supplemental response to interrogatories; review e-mails and draft response | ERG | 0.50 | @275 | 137.50 |
| 02/05/07 | Review phone message from John Knight and Cole Thaler; phone conference with John Knight; phone conference with Top Promotions; e-mail to litigation team | ERG | 0.30 | @275 | 82.50 |
| 02/13/07 | Review letter from Ms. Moaton | ERG | 0.20 | @275 | 55.00 |
| 02/14/07 | Conference call re: scheduling conference and ▓▓▓▓ | ERG | 0.80 | @275 | 220.00 |
| 02/16/07 | Scheduling Conference call; conference call with co-counsel | ERG | 1.10 | @275 | 302.50 |
| 02/21/07 | Review research re: reconsideration of class certification | ERG | 0.10 | @275 | 27.50 |
| 02/22/07 | Conference call re: class certification decision | ERG | 1.70 | @275 | 467.50 |
| 02/26/07 | Review e-mails; conference call with Dupuis and Knight; e-mail to WACDL re: transgender juvenile clients; review draft motion to reconsider | ERG | 0.90 | @275 | 247.50 |
| 02/28/07 | Review e-mail and attachment from John Knight; review draft brief regarding reconsideration | ERG | 0.50 | @275 | 137.50 |
| 03/02/07 | E-mail correspondence with co-counsel re: motion for reconsideration | ERG | 0.20 | @275 | 55.00 |
| 03/26/07 | Review defendant's response to motion for leave to amend; e-mail to and from John Knight | ERG | 0.10 | @275 | 27.50 |
| 03/27/07 | Conference call re: reply to defendant's motion | ERG | 0.80 | @275 | 220.00 |
| 04/03/07 | Conference call; review defendant's reports of experts; review drafts of reply brief | ERG | 1.10 | @275 | 302.50 |
| 04/06/07 | Review reply | ERG | 0.30 | @275 | 82.50 |
| 04/16/07 | Review expert retainer letter; e-mail to co-counsel re: same | ERG | 0.20 | @275 | 55.00 |

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE NINE
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/07 | Conference call with co-counsel re: discovery and depositions | ERG | 0.70 | @275 | 192.50 |
| 05/01/07 | Review e-mails and expert reports | ERG | 0.30 | @275 | 82.50 |
| 05/07/07 | Review letters from and to Ms. Moaton; review discovery plan | ERG | 0.30 | @275 | 82.50 |
| 05/09/07 | Phone message to and from Larry Dupuis; phone conference with Larry Dupuis; e-mail to and from co-counsel; review letter from Ms. Fields | ERG | 0.50 | @275 | 137.50 |
| 05/10/07 | Review e-mail from co-counsel re: discovery; e-mail to co-counsel re: letter from Ms. Fields | ERG | 0.20 | @275 | 55.00 |
| 05/14/07 | Review letter re: defendant's experts; conference call re: research | ERG | 1.60 | @275 | 440.00 |
| 05/15/07 | E-mail to and from co-counsel re: Fields medication; phone conference with Andrea Fields re: medication | ERG | 0.70 | @275 | 192.50 |
| 05/17/07 | Phone conference with Larry Dupuis re: preparing witnesses for deposition; letter to Davison re: deposition | ERG | 0.90 | @275 | 247.50 |
| 05/21/07 | Review ▮▮▮▮ retainer; letter to John Davidson; (Lambda Legal) enclosing same; review letter from Sullivan re: Ettner | ERG | 0.20 | @275 | 55.00 |
| 05/23/07 | Review defendants' discovery responses; e-mail to and from Larry Dupuis re: Oshkosh depositions; review Atherton deposition memo | ERG | 0.50 | @275 | 137.50 |
| 05/25/07 | E-mail to and from co-counsel re: depositions | ERG | 0.20 | @275 | 55.00 |
| 05/29/07 | Conference call re: Atherton deposition | ERG | 0.80 | @275 | 220.00 |
| 05/30/07 | Review Daubert motion re: Atherton | ERG | 0.60 | @275 | 165.00 |
| 06/04/07 | E-mail to and from co-counsel | ERG | 0.20 | @275 | 55.00 |
| 06/05/07 | Review e-mail from John Knight re: experts; e-mail to and from co-counsel re: additional transgender inmate; phone conference with opposing counsel re: records | ERG | 0.40 | @275 | 110.00 |
| 06/06/07 | E-mail to and from co-counsel re: call with ▮▮▮▮ | ERG | 0.10 | @275 | 27.50 |
| 06/07/07 | Review memo re: Claiborne; conference call with co-counsel | ERG | 1.90 | @275 | 522.50 |

HURLEY, BURISH & STANTON, S.C.   TELEPHONE (608) 257-0945   FEDERAL I.D. # 39-1496956

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764

ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE TEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | re: expert depositions |  |  |  |  |
| 06/08/07 | Phone conference with ▉▉▉▉ and John Knight | ERG | 0.50 | @275 | 137.50 |
| 06/11/07 | Review e-mails from co-counsel; e-mail to co-counsel re: Davison records | ERG | 0.30 | @275 | 82.50 |
| 06/12/07 | Travel to and from Oshkosh; conference with Jessica Davison re: deposition and evaluation by Dr. Ettner | ERG | 4.80 | @275 | 1,320.00 |
| 06/13/07 | Conference call with co-counsel | ERG | 1.30 | @275 | 357.50 |
| 06/18/07 | Travel to and from Oshkosh; deposition of Mr. Edwards and Dr. Hull | ERG | 7.50 | @275 | 2,062.50 |
| 06/20/07 | Travel to and from Oshkosh Correctional Institution; deposition of Ms. Davison | ERG | 6.10 | @275 | 1,677.50 |
| 06/21/07 | Travel to and from Jackson Correctional Institution; deposition of Ms. Moaton; | ERG | 6.60 | @275 | 1,815.00 |
| 06/22/07 | Review notes of interview with ▉▉▉▉ | ERG | 0.10 | @275 | 27.50 |
| 06/24/07 | Review letter to ▉▉▉▉; review outline for Margolies deposition and review Ettner's supplemental report | ERG | 0.20 | @275 | 55.00 |
| 06/25/07 | Travel to and from DOC headquarters; deposition of Robert Margolies | ERG | 3.40 | @275 | 935.00 |
| 06/26/07 | Phone conference with Larry Dupuis re: Ettner deposition | ERG | 0.20 | @275 | 55.00 |
| 06/27/07 | Conference call with co-counsel; memo re: Rule 609 evidence | ERG | 1.60 | @275 | 440.00 |
| 06/28/07 | Review e-mails and draft correspondence; revise Rule 609 evidence and research | ERG | 0.80 | @275 | 220.00 |
| 07/02/07 | E-mails to and from counsel re: ▉▉▉▉ and rule 609 evidence; phone conference with OCI records re: call to Davison | ERG | 0.40 | @275 | 110.00 |
| 07/05/07 | Review e-mails re: legislative history; phone conference with Ms. Davison; e-mail to co-counsel re: same | ERG | 0.20 | @275 | 55.00 |
| 07/16/07 | Letter to co-counsel with Davison transcript; e-mail to and | ERG | 0.20 | @275 | 55.00 |

HURLEY, BURISH & STANTON, S.C.   TELEPHONE (608) 257-0945   FEDERAL I.D. # 39-1496956

**HURLEY, BURISH & STANTON, S.C.**
ATTORNEYS AT LAW

33 East Main Street #400
PO Box 1528
Madison, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE ELEVEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | from co-counsel |  |  |  |  |
| 07/20/07 | Review criminal conviction research; e-mail to co-counsel re: same; conference call | ERG | 1.90 | @275 | 522.50 |
| 07/24/07 | Review drafts of motion to exclude Dr. Claiborn; e-mail to Cole Thaler re: revisions to same; review Knight's notes re: Ettner and ▓▓▓ | ERG | 0.60 | @275 | 165.00 |
| 07/25/07 | Conference call with co-counsel; review revisions to Claiborn deposition; conference call with Cole Thaler, Larry Dupuis and Frank Sullivan re: pleadings and discovery issues | ERG | 0.90 | @275 | 247.50 |
| 07/26/07 | Travel to and from Milwaukee; Ettner deposition   No Charge | ERG | ~~6.40~~ | @275 | 1,760.00 |
| 07/30/07 | Review e-mail and attached drafts and notes | ERG | 0.40 | @275 | 110.00 |
| 07/31/07 | Review and e-mails and attached draft pleadings from co-counsel | ERG | 0.20 | @275 | 55.00 |
| 08/01/07 | Review pleadings; phone conference with John Knight and Cole Thaler re: pleadings; research and draft response to motion for summary judgment ▓▓▓ | ERG | 2.70 | @275 | 742.50 |
| 08/02/07 | Work on ▓▓▓ response | ERG | 1.10 | @275 | 302.50 |
| 08/07/07 | Review court's decision | ERG | 0.10 | @275 | 27.50 |
| 08/09/07 | Phone conference with co-counsel re: permissive appeal | ERG | 0.70 | @275 | 192.50 |
| 08/10/07 | Review draft motion, motion in limine response | ERG | 0.20 | @275 | 55.00 |
| 08/13/07 | Review draft pleadings and e-mails | ERG | 0.30 | @275 | 82.50 |
| 08/14/07 | Review e-mails and deposition notes; draft briefs; conference call with co-counsel | ERG | 1.20 | @275 | 330.00 |
| 08/15/07 | Review e-mailed draft pleadings; travel to and from OCI; deposition of Judy Smith | ERG | 6.80 | @275 | 1,870.00 |
|  | To courthouse to copy file; forward same to Thaler, Knight & Dupois | PLGR | 0.70 | @125 | 87.50 |

HURLEY, BURISH & STANTON, S.C.    TELEPHONE (608) 257-0945    FEDERAL I.D. # 39-1496956

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE TWELVE
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/16/07 | Review Sundstrom's criminal court file; review e-mails and draft pleadings; conference call with co-counsel | ERG | 2.30 | @275 | 632.50 |
| 08/17/07 | Review e-mails from co-counsel | ERG | 0.10 | @275 | 27.50 |
| 08/22/07 | Review e-mails from co-counsel and equal protections memo; review responses to motions in limine and attached documents; phone conference with co-counsel re: equal protection claim | ERG | 1.50 | @275 | 412.50 |
| 08/24/07 | Phone conference with Larry Dupuis | ERG | 0.20 | @275 | 55.00 |
| 08/27/07 | Conference call with co-counsel re: briefs and Blackwell | ERG | 1.70 | @275 | 467.50 |
| 08/28/07 | Review e-mail from co-counsel; phone conference with DOC records; phone conference with Sundstrom's agent; letter to same; e-mail to co-counsel re: same | ERG | 0.70 | @275 | 192.50 |
| 08/29/07 | Conference call re: briefs; e-mail to and from co-counsel; letter to Sundstrom's agent | ERG | 1.10 | @275 | 302.50 |
| 08/30/07 | Prepare declaration language; e-mail to and from co-counsel re: pleadings | ERG | 0.20 | @275 | 55.00 |
| 08/31/07 | Review pleadings | ERG | 0.40 | @275 | 110.00 |
| 04/08/08 | Phone conference with Dodge Correctional Institution; e-mails to and from Cole Thaler; review letter from ▮ | ERG | 0.30 | @275 | 82.50 |
| 04/09/08 | Phone conference with ▮ and Cole Thaler; e-mail to Cole Thaler; phone conference with DCI re: phone call with inmates | ERG | 0.60 | @275 | 165.00 |
| 04/10/08 | E-mail correspondence to and from co-counsel re: ▮ | ERG | 0.30 | @275 | 82.50 |
| 04/11/08 | Phone conference with ▮ and Cole Thaler; phone conference with Cole Thaler | ERG | 0.60 | @275 | 165.00 |
| 04/14/08 | Review e-mails from co-counsel | ERG | 0.20 | @275 | 55.00 |
| 04/16/08 | Review inmate complaint from Leflore | ERG | 0.20 | @275 | 55.00 |
| 04/25/08 | Review correspondence from Ms. Moaton; research re: | ERG | 0.70 | @275 | 192.50 |

HURLEY, BURISH & STANTON, S.C.          TELEPHONE (608) 257-0945          FEDERAL I.D. # 39-1498956

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764

ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE THIRTEEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | sentence imposed; e-mail to co-counsel re same | | | | |
| 05/05/08 | Review letter from ▓▓▓ | ERG | 0.20 | @275 | 55.00 |
| 06/22/09 | Call with John Knight and Cole Thaler re: ▓▓▓; office conference with assistant re: scheduling call with ▓▓▓ | ERG | 0.70 | @275 | 192.50 |
| 06/23/09 | Phone conference with ▓▓▓ and John Knight; letter to ▓▓▓; letter to DOC for records; letter to Mary Beth Napier for records | ERG | 0.40 | @275 | 110.00 |
| 06/25/09 | Phone conference with SPD; phone conference with John Knight re: ▓▓▓ revocation | ERG | 0.30 | @275 | 82.50 |
| 06/30/09 | Phone conference with ▓▓▓; phone conference with Karen (SPD) | ERG | 0.20 | @275 | 55.00 |
| 07/07/09 | Phone conference with SPD office re: ▓▓▓ | ERG | 0.10 | @275 | 27.50 |
| 07/22/09 | Phone conference with SPD assigned to ▓▓▓; e-mail to Atty re: same | ERG | 0.30 | @275 | 82.50 |
| 08/06/09 | Phone conference with John Knight re:▓▓▓ | ERG | 0.20 | @275 | 55.00 |
| 09/21/09 | Review letter from ▓▓▓; phone conference with Atty Larrissa Benetig | ERG | 0.70 | @275 | 192.50 |
| 10/02/09 | Review letter from ▓▓▓; review letter from Minx Gotti | ERG | 0.20 | @275 | 55.00 |
| 11/05/09 | Review e-mail from A▓▓ re: Jessica Davison; e-mail to co-counsel | ERG | 0.20 | @275 | 55.00 |
| 11/25/09 | Phone conference with Jessica Davison and Atty John Knight re: ▓▓▓ and case status | ERG | 0.50 | @275 | 137.50 |
| 01/05/10 | Review materials from Jessica Davison; letter to co-counsel enclosing same | ERG | 0.20 | @275 | 55.00 |
| 01/15/10 | Letter to Jessica Danison | ERG | 0.20 | @275 | 55.00 |
| 02/01/10 | Review ▓▓▓ pleading; e-mail to co-counsel re: same | ERG | 0.30 | @275 | 82.50 |
| 03/22/10 | E-mails to and from co-counsel re: ▓▓▓ | ERG | 0.20 | @275 | 55.00 |

HURLEY, BURISH & STANTON, S.C.    TELEPHONE (608) 257-0945    FEDERAL I.D. # 39-1496956

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE FOURTEEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/10 | Review court order; e-mail to co-counsel re: same | ERG | 0.20 | @275 | 55.00 |
| 04/05/10 | Review e-mails from co-counsel and draft letter to clients re: decision | ERG | 0.10 | @275 | 27.50 |
| 04/06/10 | Phone conference with co-counsel re: fee petition, notification to clients and strategy | ERG | 0.30 | @275 | 82.50 |
| 04/09/10 | Phone conference with co-counsel re Davison and fee petition; draft Motion for Extension of Time to File Fee Petition; e-mail draft to co-counsel | ERG | 0.90 | @275 | 247.50 |
| 04/14/10 | Phone conference with Jessica Davison and Dru Levasslus; letter to Ms. Davison with letter seeking medical records | ERG | 0.40 | @275 | 110.00 |
| 05/10/10 | Conference call with co-counsel | ERG | 1.20 | @275 | 330.00 |
| 05/13/10 | Travel to and from Milwaukee; status conference; review court decision | ERG | 3.70 | @275 | 1,017.50 |
| 05/20/10 | Conference call with co-counsel | ERG | 1.10 | @275 | 302.50 |
| 05/28/10 | Review draft pleadings; conference call with co-counsel | ERG | 1.30 | @275 | 357.50 |
| 06/02/10 | Review draft pleadings; review DOJ pleadings | ERG | 0.30 | @275 | 82.50 |
| 06/03/10 | Phone conference with co-counsel re draft pleadings | ERG | 1.00 | @275 | 275.00 |
| 06/14/10 | Conference call with co-counsel | ERG | 1.40 | @275 | 385.00 |
| 06/21/10 | Review pleadings and decision; phone conference with Jessica Davison re case status and appeal; e-mail to co-counsel re same | ERG | 1.70 | @275 | 467.50 |
| 06/24/10 | Review 7th Circuit docketing statement | ERG | 0.10 | @275 | 27.50 |
| 06/29/10 | Phone conference with co-counsel re cross-appeal | ERG | 0.60 | @275 | 165.00 |
| 09/21/10 | Review plaintiff's brief and appendix | ERG | 1.10 | @275 | 302.50 |
| 10/14/10 | Review and revise sections of brief | ERG | 0.80 | @275 | 220.00 |
| 10/22/10 | Review draft of fact sections and facial challenge of 7th Circuit brief; e-mail edits to co-counsel | ERG | 0.80 | @275 | 220.00 |
| 10/29/10 | Phone conference with co-counsel; review and edit brief | ERG | 1.70 | @275 | 467.50 |

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE FIFTEEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | section | | | | |
| 11/02/10 | Review revised 8th amendment section of brief | ERG | 0.70 | @275 | 192.50 |
| 11/05/10 | Review draft of brief and new cross - appeal section | ERG | 0.90 | @275 | 247.50 |
| 11/08/10 | Conference call with co-counsel to discuss response brief | ERG | 0.60 | @275 | 165.00 |
| 11/12/10 | Review draft of brief; conference call with co-counsel | ERG | 2.20 | @275 | 605.00 |
| 11/13/10 | Review draft brief | ERG | 0.40 | @275 | 110.00 |
| 12/08/10 | Review Amicus Brief | ERG | 0.40 | @275 | 110.00 |
| 12/14/10 | Phone conference with A█████ re Jessica Davison | ERG | 0.10 | @275 | 27.50 |
| 12/16/10 | Phone conference with Larry Dupuis and Jessica Davison | ERG | 0.40 | @275 | 110.00 |
| 12/20/10 | Review DOJ's 7th Circuit brief | ERG | 0.80 | @275 | 220.00 |
| 01/06/11 | Review and edit reply brief | ERG | 0.50 | @275 | 137.50 |
| 01/07/11 | Phone conference with co-counsel re reply brief | ERG | 1.50 | @275 | 412.50 |
| 01/27/11 | Review all 7th Circuit pleadings to prepare for moot court; review draft questions and answers for oral arguments | ERG | 3.10 | @275 | 852.50 |
| 01/28/11 | Travel to and from Chicago for moot court | ERG | 0.30 | @275 | 82.50 |
| 02/07/11 | Listen to oral argument | ERG | 0.10 | | No Charge |

TOTAL PROFESSIONAL SERVICES  $56,160.00

TOTAL = 188.30

*Total time claimed = 187.6, per declaration*

| 02/02/06 | ERIK R GUENTHER - Mileage to and from Oshkosh (Check # 16954) | 92.10 |
| 02/03/06 | Photocopies | 15.80 |
| 02/06/06 | Photocopies | 1.60 |
| 03/08/06 | Photocopies | 0.20 |
| 03/09/06 | Photocopies | 1.60 |
| 04/05/06 | Photocopies | 2.40 |
| 04/21/06 | WINNEBAGO COUNTY SHERIFF'S OFFICE - Health Records for Sundstrom (Check # 17292) | 11.60 |

HURLEY, BURISH & STANTON, S.C.     TELEPHONE (608) 257-0945     FEDERAL I.D. # 39-1496956

# HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW

33 East Main Street #400
PO Box 1528
Madison, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



**ACCOUNT NUMBER**

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE SIXTEEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Amount |
|---|---|---|
| | Photocopies | 2.20 |
| 04/28/06 | DANE COUNTY SHERIFF'S OFFICE - Copies (Check # 17329) | 8.10 |
| 05/03/06 | ERIK R GUENTHER - Mileage to Oshkosh (Check # 17375)   No Charge | ~~84.82~~ |
| 05/04/06 | Photocopies | 4.40 |
| 05/08/06 | SOURCECORP - Medical Records for Kari Sundstrom (Check # 17423) | 9.78 |
| | Photocopies | 0.60 |
| 05/09/06 | ACTION LEGAL COPY SERVICE - Litigation File Copies (Check # 17495) | 28.20 |
| | Photocopies | 7.20 |
| 05/12/06 | Photocopies | 16.20 |
| 05/16/06 | Photocopies | 9.80 |
| 05/18/06 | Photocopies | 0.40 |
| 05/24/06 | Photocopies | 11.40 |
| 05/30/06 | Photocopies | 1.80 |
| 05/31/06 | Photocopies | 1.20 |
| 06/19/06 | ERIK R GUENTHER - Mileage (Check # 17595) *Madison to Dodge Correctional and return* | 49.88 ✱ |
| 06/20/06 | Photocopies | 0.40 |
| 06/21/06 | Photocopies | 6.60 |
| 06/25/06 | ERIK R GUENTHER - Mileage (Check # 19228) | 4.32 |
| 06/29/06 | Photocopies | 1.60 |
| 07/10/06 | Photocopies | 0.40 |
| 07/21/06 | Photocopies | 61.80 |
| 08/02/06 | Photocopies | 2.20 |
| 08/07/06 | Photocopies | 11.60 |
| 08/30/06 | Photocopies | 19.20 |
| | Photocopies | 0.60 |
| 08/31/06 | August Phone charges. | 1.14 |
| 09/06/06 | CHARTONE INC - Medical Records from Froedtert Hospital for Matthew Davison (Check # 17967) | 33.18 |

✱ = claimed expenses          Total claimed expenses

HURLEY, BURISH & STANTON, S.C.   TELEPHONE (608) 257-0945   FEDERAL I.D. # 39-1496956

# HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 EAST MAIN STREET #400
PO BOX 1528
MADISON, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE SEVENTEEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| Date | Description | Amount |
|---|---|---|
| 09/12/06 | Photocopies | 12.00 |
| 10/04/06 | Photocopies | 1.60 |
| 10/31/06 | September Phone charges. | 1.41 |
| 11/16/06 | Fax | 10.00 |
| 12/06/06 | ERIK R GUENTHER - Mileage and parking (Check # 18337) Madison → Milwaukee and return | 88.72 |
| 03/05/07 | Fax | 16.00 |
| 05/17/07 | Photocopies | 1.20 |
| 05/22/07 | Photocopies | 1.20 |
| 06/07/07 | DEPARTMENT OF CORRECTIONS - Copies re: Davison (Check # 19155) | 17.10 |
| 06/11/07 | IVIZE, LLC - litigation copies (Check # 19202) | 126.66 |
| | Photocopies | 0.40 |
| 06/12/07 | ERIK R GUENTHER - Mileage (Check # 19215) Madison → Oshkosh return | 86.38 |
| 06/18/07 | ERIK R GUENTHER - Mileage (Check # 19215) Madison → Oshkosh return | 90.84 |
| 06/20/07 | ERIK R GUENTHER - mileage (Check # 19228) Madison → Oshkosh return | 85.89 |
| | FedEx Delivery on 6/11/07 (Check # 19229) | 20.62 |
| 06/21/07 | ERIK R GUENTHER - Mileage (Check # 19228) Madison → Jackson Correctional & return | 128.48 |
| 07/17/07 | Photocopies | 0.60 |
| 07/26/07 | ERIK R GUENTHER - Mileage (Check # 19409) No Charge | ~~87.88~~ |
| 08/15/07 | ERIK R GUENTHER - Mileage (Check # 19493) Madison → Oshkosh & return | 87.49 |
| 08/17/07 | Clerk, Circuit Court Dane County - Certified Copies (Check # 23307) | 35.00 |
| 08/28/07 | Fax | 2.00 |
| 08/29/07 | Fax | 3.00 |
| 05/13/10 | ERIK R GUENTHER - Mileage and parking (Check # 30798) Madison → Milwaukee & return | 89.50 |
| 01/28/11 | ERIK R GUENTHER - Mileage and Parking (Check # 40716) Madison → Chicago & return | 186.57 |

TOTAL COSTS AND DISBURSEMENTS $ 1,684.86

Expenses claimed = $880.87

HURLEY, BURISH & STANTON, S.C.   TELEPHONE (608) 257-0945   FEDERAL I.D. # 39-1496956

HURLEY, BURISH & STANTON, S.C.
ATTORNEYS AT LAW
33 East Main Street #400
PO Box 1528
Madison, WI 53701-1528
tel. (608) 257-0945
fax (608) 257-5764



ACCOUNT NUMBER

PLEASE DETACH AND RETURN THIS PORTION AND
INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK

PAGE EIGHTEEN
AUGUST 10, 2011
LAMBDA LEGAL
06055.00

| | | | |
|---|---|---|---|
| TOTAL NEW CHARGES | | | $ 57,844.86 |
| 11/20/06 | Payment Received - check # 38161 from Lambda Legal Defense & Education Fund, Inc. - Thank you. | 31.33CR | |
| 02/12/07 | Payment Received - check # 6703 from ACLU for ERG Mileage - Thank you. | 226.80CR | |
| 06/12/08 | Payment Received - check # 48381 from ACLU Foundation Inc. - Thank you. | 918.91CR | |
| 03/29/10 | Payment Received - Thank You - check # 2919 from Lambda Legal | 620.00CR | |
| TOTAL PAYMENTS AND CREDITS | | | $ 1,797.04CR |
| *TOTAL BALANCE DUE UPON RECEIPT* | | | $ 56,047.82 |

HURLEY, BURISH & STANTON, S.C.      TELEPHONE (608) 257-0945      FEDERAL I.D. # 39-1496856